ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 AUG 19 PM 2: 16

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KATHERINE COYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 312-067 |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 20.) After thorough consideration of the three grounds of error alleged in Plaintiff's briefing (doc. no. 16), the Magistrate Judge recommended that the Acting Commissioner's final decision be affirmed because it was based on substantial evidence. (See generally doc. no. 18.) The Court hereby **OVERRULES** Plaintiff's objections because they restate the claims that the Magistrate Judge has already addressed at length and do not offer any new information or evidence that warrants a deviation from the Magistrate Judge's recommendation. (See generally doc. no. 20.) Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Acting Commissioner's final decision is **AFFIRMED**, this civil

action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Acting Commissioner.

SO ORDERED this 19th day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE